Matter of Kedley v Kedley (2024 NY Slip Op 05703)

Matter of Kedley v Kedley

2024 NY Slip Op 05703

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND HANNAH, JJ.

723 CAF 23-00663

[*1]IN THE MATTER OF GRETEL L. KEDLEY, PETITIONER-RESPONDENT-APPELLANT,
v
TERRENCE P. KEDLEY, RESPONDENT-PETITIONER-RESPONDENT. -- KELLY M. FORST, ESQ., ATTORNEY FOR THE CHILDREN, APPELLANT. 

JEFFREY WICKS, PLLC, ROCHESTER (CHARLES D. STEINMAN OF COUNSEL), FOR PETITIONER-RESPONDENT-APPELLANT.
KELLY M. FORST, ROCHESTER, ATTORNEY FOR THE CHILDREN, APPELLANT PRO SE.
THE ABBATOY LAW FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR RESPONDENT-PETITIONER-RESPONDENT.

 Appeals from an order of the Family Court, Monroe County (Alecia J. Mazzo, J.), entered November 22, 2022, in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded respondent-petitioner primary physical residency of the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court